**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arnoldo Castro and Elizabeth Gutierrez, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Executive Trustee Services, LLC; Mortgage Electronic Registration Systems, Inc.; Washington Mutual; and John and Jane Does, I-V; ABC Partnerships I-V, 1 2 3 Corporations, Green and Black, LLCs,<br><br>Defendants. | No. CV-08-2156-PHX-LOA<br><br>**NOTICE OF ASSIGNMENT AND ORDER**s |

Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective December 1, 2007, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

As a result of the aforesaid Local Rule, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge.  To either consent  to the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the form, entitled Consent To Exercise Of

1 Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed.
2 The party filing the case or removing it to this Court is responsible for serving all parties
3 with the consent forms. Each party must file a completed consent form and certificate of
4 service with the Clerk of the Court not later than 20 days after entry of appearance, and
5 must serve a copy by mail or hand delivery upon all parties of record in the case.
6       Any party is free to withhold consent to magistrate judge jurisdiction
7 without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson*
8 *v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that
9 consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A
10 party to a federal civil case has, subject to some exceptions, a constitutional right to
11 proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)
12 (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541
13 (9th Cir. 1984) (*en banc*)).
14       A review of the Court's file indicates that Defendant Executive Trustee
15 Services, LLC and Mortgage Electronic Registration Systems, Inc., filed a Notice of
16 Removal on November 21, 2008.
17       Defendants shall have until **December 15, 2008**, within which to make their
18 selection to either consent to magistrate judge jurisdiction or elect to proceed before a
19 U. S. district judge.
20       Accordingly,
21       **IT IS ORDERED** that the Defendants Executive Trustee Services, LLC
22 and Mortgage Electronic Registration Systems, Inc., shall file on or before **Monday,**

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "forms" on the left side of the page and then click on and print the appropriate form.

- 2 -

1    **December 15, 2008** their written election to either consent to magistrate judge
2    jurisdiction or elect to proceed before a United States district judge.
3            **IT IS FURTHER ORDERED** that Plaintiffs shall either consent to proceed
4    before a magistrate judge or elect  to proceed before a district judge by **Monday,**
5    **December 15, 2008**.
6            **IT IS FURTHER ORDERED** that counsel and any party, if
7    unrepresented, shall hereinafter comply with the Rules of Practice for the United States
8    District Court for the District of Arizona, as amended on December 1, 2007.   The
9    District's Rules of Practice may be found on the District Court's internet web page at
10   www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The
11   fact that a party is acting pro se does not discharge this party's duties to "abide by the
12   rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784
13   F.2d 1006, 1008 (9th Cir. 1986).
14           **IT IS FURTHER ORDERED** that counsel and any party, if
15   unrepresented, shall use the above caption, number and initials until further order of the
16   Court.
17           **IT IS FURTHER ORDERED** that counsel shall use proper capitalization
18   in all future captions as mandated by LRCiv 7.1(a)(3).
19           DATED this 25th day of November, 2008

                                    Lawrence O. Anderson
                                    United States Magistrate Judge