United States District Court
for the District of Arizona
April 6, 2009

Minute Order

Case No.  CV 08-2156-PHX-LOA

Title: Arnoldo Castro, et al., v. Executive Trustee Services, LLC., et al.,
_____

DOCKET ENTRY

MINUTE ORDER In accordance with 28 USC 636(c), all parties have voluntarily consented to have Magistrate Judge Lawrence O. Anderson conduct all further proceedings in this case, including trial and entry of final judgment, and conduct all post-judgment proceedings, with direct review by the Ninth Circuit Court of Appeals, if an appeal is filed.

_____

CASE ASSIGNED TO:
          Honorable Lawrence O. Anderson, Magistrate Judge


(9/15/99)